State Court Records



**CASE NUMBER: 50-2017-SC-001576-XXXX-SB**

Dockets & Documents ▼

Public = 🗎                          VOR = 🗎                          In Process = 🕑

Page Size: 25 ▼

| | Docket Number | Effective Date | Description |
|---|---|---|---|
| 🔒 | 1 | 02/07/2017 | COMPLAINT |
| 🗎 | 2 | 02/07/2017 | SUMMONS REQUESTED |
| 🗎 | 3 | 02/07/2017 | CIVIL COVER SHEET |
| | 4 | 02/07/2017 | DIVISION ASSIGNMENT |
| 🗎 | 5 | 02/07/2017 | PAID $310.00 ON RECEIPT 2032690 |
| | 6 | 02/07/2017 | SET FOR SCPTHA - SMALL CLAIMS PRETRIAL ATTORNEY 3/1/2017 10:00 AM CORLEW, JUDGEREGINALD |
| 🗎 | 7 | 02/07/2017 | SUMMONS ISSUED |
| 🗎 | 8 | 02/20/2017 | SERVICE RETURN- NOT SERVED |
| 🗎 | 9 | 02/22/2017 | SUMMONS REQUESTED |
| 🗎 | 10 | 02/27/2017 | PAID $20.00 ON RECEIPT 2059313 |
| | 11 | 02/27/2017 | Cancelled SCPTHA - Small Claims Pretrial Attorney on 3/1/2017 10:00:00 AM due to AS RETURNED OF SERVICE IS NOT SERVED |
| 🗎 | 15 | 03/02/2017 | HEARING DISPOSITION SHEET |
| | 12 | 03/06/2017 | SET FOR SCPTHA - SMALL CLAIMS PRETRIAL ATTORNEY 4/12/2017 10:00 AM CORLEW, JUDGEREGINALD |

| | | | |
|---|---|---|---|
| | 13 | 03/06/2017 | ALIAS SUMMONS ISSUED |
| | 14 | 03/06/2017 | SUMMONS ISSUED |
| | 16 | 04/03/2017 | SERVICE RETURNED (NUMBERED) |

IN THE COUNTY COURT OF THE
15TH JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

NATHAN SCHWARTZ

     Plaintiff,

                                      CASE NO.:

vs.

PALM BEACH CREDIT ADJUSTORS INC.,
a Florida Corporation d/b/a Focus Financial
Services and Matthew Doe, an individual

     Defendant.

_____/

## COMPLAINT

Plaintiff sues Defendant and states:

## GENERAL ALLEGATIONS

1.     This is an action for damages that do not exceed $5,000.00.

2.     Plaintiff is an individual residing in Palm Beach County who is *sui juris.*.

3.     Defendant Palm Beach Credit Adjusters ("PBCA") is a Florida corporation with its principal place of business in Palm Beach County. At all relevant times PBCA did business as Focus Financial Services. Defendant Matthew Doe ("Matthew") is an individual who's surname is unknown to Plaintiff and who is sui juris. At all relevant times, Matthew was an employee/agent of PBCA. Defendants are "debt collectors" as defined by 15 U.S.C. Sec. 1692(a)(6).

## COUNT I

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

4.     Plaintiff re-alleges and incorporates each and every allegation as contained in Paragraphs 1 through 3 herein.

5.     In early December, 2015 in connection with a pending hospital claim PBCA engaged in communications with Plaintiff/Plaintiff's fiancé culminating in a repayment agreement for $100/month on the aforementioned claim negotiated with Plaintiff's fiance. Plaintiff's fiancé made

and PBCA accepted a payment in connection with said agreement. The parties agreed that PBCA would communicate with Plaintiff's fiancé regarding the claim.

6. On January 17, 2017 notwithstanding the above agreement, Matthew contacted by phone Plaintiff directly regarding the claim. During that conversation and a subsequent conversation that day, Matthew engaged in false and misleading communications as proscribed by 15 U.S.C. Sec. 1692e including, without limitation, the following: failure to disclose that he was or was acting on behalf of a debt collector (despite being admonished by Plaintiff to do so); that the entire debt was immediately due in full. Only when pressed by Plaintiff did Matthew concede the existence of the repayment agreement. His response were words to the effect that "we always ask for the full balance". During a subsequent conversation that day, Plaintiff made, and PBCA accepted a $100 payment on the claim. Like the earlier conversation, Matthew failed to disclose that he was or was acting on behalf of a debt collector.

7. Plaintiff is entitled to damages sustained plus statutory damages of $1,000.00 per violation of the FDCPA.

8. Plaintiff has retained the firm of Nathan A. Schwartz, P.A. to prosecute this case on its behalf.

WHEREFORE, Plaintiff demands judgment for damages against Defendant.

<u>COUNT II</u>

<u>VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT</u>

9. Plaintiff re-alleges and incorporates each and every allegation as contained in Paragraphs 1 through 3 herein.

10. In early December, 2015 in connection with a pending hospital claim PBCA engaged in communications with Plaintiff/Plaintiff's fiancé culminating in a repayment agreement for $100/month on the aforementioned claim negotiated with Plaintiff's fiance. Plaintiff's fiancé made

and PBCA accepted a payment in connection with said agreement and Plaintiff made and PBCA accepted a second payment on January 17, 2017. The parties agreed that PBCA would communicate with Plaintiff's fiancé regarding the claim.

11.   On February 6, 2017 notwithstanding the above agreement, Matthew contacted by phone Plaintiff directly regarding the claim.   During that conversation, Matthew engaged in false and misleading communications as proscribed by 15 U.S.C. Sec. 1692e including, without limitation the following: failure to disclose that he was or was acting on behalf of a debt collector; that the entire debt was immediately due in full.   Matthew further oscillated between acknowledging and denying the existence of the repayment agreement in which PBCA had been participating.   At one point during the two minute conversation, Matthew requested a $100 payment then demanded payment of the claim in full.   Further when pressed for a due date for the monthly payments, Matthew (seemingly randomly) replied, "today". Matthew was evasive and refused to answer direct questions regarding the claim.

12.   Plaintiff is entitled to damages sustained plus statutory damages of $1,000.00 per violation of the FDCPA.

13.   Plaintiff has retained the firm of Nathan A. Schwartz, P.A. to prosecute this case on its behalf.

WHEREFORE, Plaintiff demands judgment for damages, interest and court costs against Defendant plus any further relief as this Court deems proper.

> Nathan A. Schwartz, P.A.
> 5255 N. Federal Hwy.
> Third Floor
> Boca Raton, Florida  33487
> Telephone (561) 347-8376
>
> By:___/s/Nathan Schwartz_____
>        Nathan A. Schwartz
>        FL Bar No. 511528

*# 12840291*

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 50-2017-SC-001576-XXXX-SB
DIVISION: RD: South Branch County Civil Division - RD (Civil)

NATHAN SCHWARTZ

| | |
|---|---|
| Server_____ | ID#_____ |
| Month:_____ | Day:_____ |
| Year:_____ | Time:_____ |

PLAINTIFF(S)
      -VS-
PALM BEACH CREDIT ADJUSTORS INC A FLORIDA
CORPORATION D/B/A FOCUS FINANCIAL SERVICES AND
MATTHEW DOE AN INDIVIDUAL

DEFENDANT(S)

### ALIAS
### NOTICE TO APPEAR
### FOR PRE-TRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**PALM BEACH CREDIT ADJUSTORS INC DBA FOCUS FINANCIAL SERVICES**

**KIMBERLY SHAPIRO AS REGISTERED AGENT**
**2815 S SEACREST BOULEVARD**
**Boynton Beach, FL   33435**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom #6 (South Branch) SB, 200 W. Atlantic Avenue Delray Beach FL 33444, on April 12, 2017 at 10:00 AM for a PRETRIAL CONFERENCE before a Judge of this court.

### IMPORTANT - READ CAREFULLY
### THE CASE WILL NOT BE TRIED AT THAT TIME
### DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

'ILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK. 03/06/2017 09:31:41 AM

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

DATED: 6th of March, 2017

Sharon R. Bock
Clerk & Comptroller

By:
Molina, Glenda as Deputy Clerk

Cc:
NATHAN SCHWARTZ  5255 NORTH FEDERAL HIGHWAY
            THIRD FLOOR
            BOCA RATON, FL  33487

SCHWARTZ, NATHAN A  5255 NORTH FEDERAL HIGHWAY 3RD FLOOR BOCA RATON FL 33487

EN EL TRIBUNAL DEL CONDADO, EN Y DEL CONDADO DE PALM BEACH, FLORIDA

CAUSA NO: 50-2017-SC-001576-XXXX-SB
DIVISION: -RD: South Branch County Civil Division - RD (Civil)

NATHAN SCHWARTZ

DEMANDANTE(S),

vs.

PALM BEACH CREDIT ADJUSTORS INC A FLORIDA
CORPORATION D/B/A FOCUS FINANCIAL SERVICES AND
MATTHEW DOE AN INDIVIDUAL

DEMANDADO(S)

## NOTICIA PARA COMPARECER
## A CONFERENCIA PREVIA AL JUICIO/MEDIACION

ESTADO DE LA FLORIDA  - NOTIFICACIÓN A LOS DEMANDANTES Y A LOS DEMANDADOS

**PALM BEACH CREDIT ADJUSTORS INC DBA FOCUS FINANCIAL SERVICES**

**KIMBERLY SHAPIRO AS REGISTERED AGENT**
**2815 S SEACREST BOULEVARD**
**Boynton Beach, FL  33435**

DIRECCION ADICIONAL:

SE LE AVISA POR ESTE MEDIO que usted deberá comparecer personalmente o representado por un abogado en la Sala #6 (South Branch) SB, 200 W. Atlantic Avenue Delray Beach FL 33444 del Tribunal del Condado de Palm Beach, el día April 12, 2017, a las 10:00 AM, para una CONFERENCIA PREVIA AL JUICIO.

**IMPORTANTE – LEA CUIDADOSAMENTE**

**ESTE CASO NO SERA JUZGADO DURANTE LA CONFERENCIA PREVIA AL JUICIO, PERO PUEDE TRATAR DE RESOLVERSE POR MEDIO DE MEDIACION ESE DIA.**

**NO TRAIGA TESTIGOS.  USTED TIENE QUE COMPARECER PERSONALMENTE O SER REPRESENTADO POR UN ABOGADO.**

**LA PERSONA QUE COMPAREZCA EN REPRESENTACION DE UNA DE LAS PARTES, DEBE TENER AUTORIDAD TOTAL PARA NEGOCIAR TODAS LAS CANTIDADES, DESDE UN VALOR DE CERO, HASTA EL MONTO TOTAL DE LA DEMANDA, SIN TENER QUE HACER CONSULTA ALGUNA. EL INCUMPLIMIENTO A LO ESTABLECIDO PUEDE RESULTAR EN LA IMPOSICION DE SANCIONES, INCLUYENDO COSTOS, HONORARIOS DE ABOGADOS, IMPOSICION DE UNA DECISION JUDICIAL O RECHAZO DE LA DEMANDA.**

El demandado(s) deberá(n) comparecer ante el Tribunal en la fecha indicada en la orden para evitar una decisión judicial por no comparecer. El(los) demandante(s) deben comparecer para evitar que su caso sea rechazado por insuficiencia de enjuiciamiento.  Una MOCION por escrito o una CONTESTACION presentada al Tribunal por parte del demandado(s) o demandante(s), no es excusa para que una de las partes o su abogado no comparezca en persona a la CONFERENCIA PREVIA AL JUICIO/MEDIACION.  La fecha y la hora de la CONFERENCIA PREVIA AL JUICIO/MEDIACION, NO PUEDE SER reprogramada sin buena causa y deberá tener aprobación previa del Tribunal.

Una corporación puede ser representada durante cualquiera etapa del proceso judicial del tribunal, por un representante de la corporación o por cualquier empleado con autorización escrita del representante de la corporación.  La autorización escrita deberá ser llevada a la Conferencia Previa al Juicio/mediación.

El objetivo de la Conferencia previa al Juicio/mediación es el de registrar su comparecencia, para determinar si usted admite toda o parte de la demanda, para así capacitar al Tribunal para que determine la naturaleza de la demanda y para que establezca si su caso será llevado a juicio en caso de que no sea resuelto en la Conferencia Previa al Juicio. Usted o su abogado deberán estar preparados para consultar con el Tribunal y explicar brevemente la naturaleza de su desacuerdo, indicar qué pasos se han tomado para llegar a un acuerdo, presentar los documentos necesarios para probar la demanda, indicar los nombres y direcciones de sus testigos, estipular a los hechos que no requieran prueba y que agilicen el juicio, y estimar cuánto tiempo tomará resolver el caso.

Si usted admite el reclamo, pero desea tiempo adicional para pagar, usted tiene que venir y explicar las circunstancias. El Tribunal podrá o no aprobar un plan de pago y podrá abstenerse de emitir una orden judicial de ejecución o embargo.

DERECHO PARA DETERMINAR EN DONDE DEBERA PRESENTARSE SU CASO. La ley le concede el derecho a la persona o a la compañía que ha sido demandada(o), de presentarse en alguno de los lugares indicados a continuación. Sin embargo, si usted ha sido demandado en algún lugar diferente a los indicados, usted como demandado tiene el derecho de solicitar que su caso sea trasladado al lugar correcto. El lugar apropiado puede ser uno de los siguientes: (1) el lugar en donde el contrato fue ejecutado, (2) si la demanda se origina por nota de pago no asegurada, es en el lugar en donde la nota se originó, o donde vive el otorgante, (3) si la demanda es para recuperar una propiedad o por un remate, el lugar será en donde está ubicada la propiedad, (4) en el lugar en donde ocurrió el evento que dio origen al desacuerdo, (5) en el lugar donde vive uno a varios de los demandados, (6) en cualquier lugar acordado por contrato, (7) en el lugar en donde debe realizarse el pago, cuando se trata de un desacuerdo por dineros adeudados.

Si usted como demandado(s) cree que el demandante(s) no lo ha demandado en el lugar apropiado, usted deberá comparecer ante el Tribunal en la fecha indicada y verbalmente solicitar que se le transfiera el caso o tendrá que registrar una solicitud escrita para la transferencia del caso en forma de affidávit (hecho bajo juramento), dentro de los (7) días anteriores a su primera comparecencia y enviar copia de este documento al demandante(s) o al abogado del demandante(s), si lo hay.

Una copia de la demanda deberá ser entregada oficialmente con esta citación.

**"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Tammy Anton, 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

FECHADO EN EL CONDADO DE PALM BEACH, FLORIDA, 6th of March, 2017

Sharon R. Bock
Secretaria & Auditora

NAN TRIBINAL KI REGLE TI ZAFE NAN E  POU KOMIN PALM BEACH, FLORID

NIMERO KA: 50-2017-SC-001576-XXXX-SB-
DIVISYON: RD: South Branch County Civil Division - RD (Civil)

NATHAN SCHWARTZ

      DEMANDAN,

      v.

PALM BEACH CREDIT ADJUSTORS INC A FLORIDA CORPORATION D/B/A FOCUS FINANCIAL
SERVICES AND MATTHEW DOE AN INDIVIDUAL

      DAFANDAN.

## AVETISMAN  POU PRESANTE W
## POU YON KONFERANS /MEDIASYON AVAN JIJMAN

ETA FLORID LA - AVETISMAN POU DEMANDAN (YO) AVEK DEFANDAN (YO).

**PALM BEACH CREDIT ADJUSTORS INC DBA FOCUS FINANCIAL SERVICES**

**KIMBERLY SHAPIRO AS REGISTERED AGENT**
**2815 S SEACREST BOULEVARD**
**Boynton Beach, FL  33435**

YO AVETI- W  KE OU DWE PARET AN PESONN OSWA PA YON AVOKA NAN TRIBINAL KOMINN
PALM BEACH LA NAN SAL #6 (South Branch) SB, 200 W. Atlantic Avenue Delray Beach FL 33444, A
April 12, 2017, NAN 10:00 AM, POU YON KONFEARANS.

### INPÓTAN - LI AVEK ATENSYON.

**KA SAA PAP JIJE PANDAN KONFERANS AVAN JIJMAN AN, MEN NOU KA
ESEYE REZOUD KA A  NAN MEDIASYON JOU SA A.**

**PA MENEN TEMWEN OU DWE PRESANTE TET OU OSWA YON AVOKA KAPAB
PARET POU OU.**

**MOUN KI PARET POU REPRESANTE PATI A DWE GEN TOUT OTORITE POU L
NEGOSYE MONTAN AN KOMANSE A ZERO POU RIVE A MONTAN TOTAL
DEMAND LA SAN LI PA OBLIJE KONSILTE AK LOT MOUN. SI OU DESOBYI AK
REG SA A SA KA PEMET YO PRAN SANKSYON KONT OU. SA KA INKLI FRE ,
FRE AVOKA, SANKSYON FINANSYEL JIRIDIK. OSWA ANILE DEMAND LA.**

Defandan(yo) dwe presante nan tribinal la nan dat yo bali ki nan lod la poul ka evite yon sanksyon jiridik
finansyel deske li pat paret. Demandan (yo) dwe paret nan tribinal pou yo pa kite ka a tonbe. Paske pa t
gen ase reclamasyon.  Menm si demandan an  oswa defandan an ta fe tribinal la yon demand a lekrit sa
pap eskise presans nou ni presans avoka a nan  konferans/mediasyon anvan jijman . Ni dat ni le konferans
avan jijman an pa ka ranvvoiye san yon bon rezon ak san tribinal la pat aprouve li davans.

Yon Koporasyon  ka pab  represante pa yon ofisyel ki nan koporasyon nan tout etap pwose a nan tribinal

FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK. 03/06/2017 09:31:41 AM

la ,oswa yon ofisyel koporasyon an ka pab otorize youn nan anplwaye l yo a lekrit pou represante l. yo dwe pote otorizasyon a lekrit sa a nan konferans/mediasyon anvan jijman. Rezon pou konferans avan jijman an se pou yo sa montre ke w te paret , pou fe konnen si ke ou

Admet tout oswa yon pati nan reklamasyon an, pou sa pemet tribinal la deside ki jan de ka ke li ye, e pou yo ka plase ka a pou jijman si ka a pa ka rezoud nan konferans avan jijman an. Oumenm oswa avoka w la dwe prepare n pou yon konferans ak tribinal la e poun eksplike tou kout ki jan de dispit ke ou gen yen an , eksplike ki ef□ ki te fet pou rezoud ka a , montre kinpot dokiman neses□ pou pwouve ka a , bay non ak address temwen w yo , dak□ ak s□tin f□ ki ki pap beswen prev e kap fe jijman an ale pli vit, e etime konbyen tan sa ap pran pou jije ka a.


Si ou aksepte reklamasyon an, e ou beswen plis tan pou peye , se pou vinn di yo rezon an. Tribinal la ka pemet oswo pa aksepte ke ou fe  yon plan pou peye , li ka mete yon sanksyon Finansyel jiridik oswa yon anbago.


Dwa pou detemine ki kote pou presante ka w la. Lwa a bay moun nan oswa konpany ki asiyen w la dwa pou li presante li nan ninpot nan kote ki make sou papye a . Men si yo te asiyen w lot kote apa de kote ki make sou papye a, oumenm kom defanndan gen dwa Mande pou yo voye ka a nan kote ki korèk la. Kote apwopriye a ka nan youn nan kote suivan sa yo: (1) kote kontra a te fet la, (2) si asiniasyon an se te yon biye ak yon pwomes san bon garanti , kote biye a te signyen oswa kote moun ki te fe biye a rete. (3) si demand la se pou rekipere pwopriyete a oswa pou poze sele sou pwopriyete a ;(4) kote evenman an te rive ki koz asiniasyon an ; (5) kote youn ou plis nan moun yo asiyin a rete ; (6) Kelke swa kote ki te dako nan kontra a ; (7) nan yon aksyon kote gen lajan ki dwe, si pa gen yon ak□ nan ki kote pou demand la fet , kote pou peyman an fet.

Si oumenm defandan an (yo) pa  kwe ke demandan an te asiyen nan youn nan kote sa yo se pou paret nan tribinal la dat yo ba w la pou mande pou yo transfere ka a , oswa ou ka ekri yon demand nan yon f□m atestasyon (deklarasyon ekri sou seman) ak tribinal la 7 jou avan premie randevou tribinal la e voye yon kopi bay demandan (yo) an oswa avoka demandan (yo) si gen yen.

Yon kopi asiniasyon an fet pou ofisyelman akonpanye konvokasyon an.

**"Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Tammy Anton, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo  nan Tribinal Konte  Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**

**** CASE NUMBER: 502017SC001576XXXXSB Division: RD ****

Filing # 52183838 E-Filed 02/07/2017 04:01:29 PM

| | | |
|---|---|---|
| NATHAN SCHWARTZ | : | IN THE COUNTY COURT OF THE |
| | : | 15TH JUDICIAL CIRCUIT, IN AND FOR |
| Plaintiff | : | PALM BEACH COUNTY, FLORIDA |
| | : | |
| vs. | : | |
| | : | CASE NO.: |
| PALM BEACH CREDIT ADJUSTORS | : | |
| INC., a Florida Corporation d/b/a Focus | : | **NOTICE TO APPEAR FOR PRETRIAL** |
| Financial Services and Matthew Doe, an | : | **CONFERENCE/MEDIATION** |
| individual | : | |
| | : | |
| _____Defendant(s)._____ | : | SUMMONS |

STATE OF FLORIDA - NOTICE TO DEFENDANT(S)

PALM BEACH CREDIT ADJUSTORS INC., a Florida C_____ d/b/a
Focus Financial Services by serving Kimberly Shapiro as ____ _red Agent at
2815 S. Seacrest Boulevard, Boynton Beach, Florida ^_ ^5

**YOU ARE HEREBY NOTIFIED** that you are requir__  __pear in person or by attorney at the
South County Courthouse, Courtroom _____, locate_____
_____
at _____ for a PR___ ___  CONFERENCE.
**IMPORTANT** ___  **CAREFULLY**
**THE CASE WILL NOT BE TRIED /__  PRETRIAL CONFERENCE, BUT MAY BE**
**MEDIATED AT THAT TIME.**
**DO NOT BRING WITNESSES.__  __ UST APPEAR IN PERSON OR BY ATTORNEY.**
**WHOEVER APPEARS FOR __ P__ TY MUST HAVE FULL AUTHORITY TO SETTLE**
**FOR ALL AMOUNTS FR__ , RO TO THE AMOUNT OF THE CLAIM WITHOUT**
**FURTHER CONSULT__ O__  FAILURE TO COMPLY MAY RESULT IN THE**
**IMPOSITION OF SA__ __S, INCLUDING COSTS, ATTORNEYS FEES, ENTRY OF**
**JUDGMENT, OR __ __SAL.**
    The defen__ __ust appear in court on the date specified in order to avoid a default
judgment. The __im__ ) must appear to avoid having the case dismissed for lack of prosecution..A
written MO__O__  __NSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse
the perso__ __ .ance of a party or its attorney in the PRETRIAL CONFERENCE/MEDIATION.
The d__ __ime of the Pretrial Conference CANNOT be rescheduled without good cause and prior
cour__ __al.
    __corporation may be represented at any stage of the trial court proceedings by an officer of
the corporation or any employee authorized in writing by an officer of the corporation.  Written
authorization must be brought to the Pretrial Conference/Mediation.
    The purpose of the pretrial conference is to record your appearance, to determine if you admit
all or part of the claim, to enable the court to determine the nature of the case, and to set the case for
trial if the case cannot be resolved at the pretrial conference.  You or your attorney should be
prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts
have been made to settle the dispute, exhibit any documents necessary to prove the case, state the
names and addresses of your witnesses, stipulate to the facts that will require no proof and will
expedite the trial, and estimate how long it will take to try the case.

## MEDIATION

Mediation may take place during the time scheduled for the pretrial conference. Mediation is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitates the resolution of a dispute between two or more parties, without prescribing what the resolution should be. It is an informal and nonadversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rests with the parties. Negotiations in county court mediation are primarily conducted by the parties. Counsel for each party may participate. However, presence of counsel is not required. If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial. Mediation communications are confidential and privileged except where disclosures are required or permitted by law.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: [1] where the contract was entered into; [2] if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; [3] if the suit is to recover property or to foreclose a lien, where the property is located; [4] where the event giving rise to the suit occurred; [5] where any one or more defendant(s) sued reside; [6] any location agreed to in a contract; [7] in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you as the defendant(s) believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's attorney, if any.

A copy of the statement of claim shall be served with this Summons.

DATED ON: _____

By: _____
Deputy Clerk

NOTICE TO PERSONS WITH DISABILITIES
"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator/Court Administration at 205 North Dixie Highway, West Palm Beach, FL 33401, (561) 355-2996 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired call 711."

**** CASE NUMBER: 502017SC001576XXXXSB Division: RD ****

Filing # 52183838 E-Filed 02/07/2017 04:01:29 PM

## CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers are required by law. This form is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075 (See instructions on the reverse of the form.)

### I. CASE STYLE

NATHAN SCHWARTZ

Plaintiff

vs.

PALM BEACH CREDIT ADJUSTORS INC.,
a Florida Corporation d/b/a Focus Financial
Services and Matthew Doe, an individual

Defendants.

PALM BEACH COUNTY, COUNTY C...

Case #_____

Judge:_____

### II. TYPE OF CASE (Place an x in one box only. If the case fits more than... type of case, select the most definitive.)

| DOMESTIC RELATIONS | TORTS | OTHER CIVIL |
|---|---|---|
| /_/ Simplified dissolution | /_/ Professional Malp... tic... | /_/ Contracts |
| /_/ Dissolution | /_/ Products lia... y | /_/ Condominium |
| /_/ Support-IV-D | /_/ Auto neg... ence | /_/Real property/ Mortgage Foreclosure |
| /_/ Support-Non IV-D | /_/ Oth... ... ence | /_/ Eminent Domain |
| /_/ URESA-IV-D | | /X/ Other - ACCOUNT |
| /_/ URESA-Non IV-D | | |
| /_/ Domestic violence | | |
| /_/ Other domestic ...la... | | |

### III. Is Ju... ...l ...manded in Complaint?

... es

/X/ No

February 7, 2017

SIGNATURE FOR PARTY
INITIATING ACTION

/s/ Nathan A. Schwartz

NOT A CERTIFIED COPY

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 02/07/2017 04:01:29 PM

Filing # 52722539 E-Filed 02/20/2017 04:04:47 PM

Attorney: NATHAN A. SCHWARTZ, P.A., 5255 North Federal Highway, Third Floor, (561) 347-8376

Court:

Case No: **50-2017-SC-001576-XXXX-SB**
Court Date/Time: 03/01/2017 / 10:00 AM
Court Room: 6 SB

| Plaintiff/Petitioner: | **PALM BEACH CREDIT ADJUSTORS INC A FLORIDA CORPORATION DBA FOCUS FINANCIAL SERVICES AND MATTHEW DOE AN INDIVIDUAL** |
|---|---|
| **vs.** | |
| Defendant/Respondent: | **KIMBERLY SHAPIRO RA** |

Received by JJL PROCESS CORP. on this 7th day of February, 2017 to be served on:

**KIMBERLY SHAPIRO RA**
**2815 S SEACREST BLVD**
**BOYNTON BEACH FL, 33435**

**Jamie Lott of JJL Process Corp.**, files this Affidavit of No Service Attempted and states as follow:

1. I am employed by JJL Process Corp., and oversee their operations in the county of ven̲̲̲̲̲̲ of the above caption matter.

2. In this action, we are aware that a summons was issued/filed by the Clerk of Cou̲̲̲̲ served upon the defendant.

3. This summons was never received by JJL Process Corp., or if received, was a̲̲̲ the ̲re-trial date or court date, or had otherwise expired and could not be served.

4. As a result, the said summons was never placed out for service of pr̲̲̲s̲̲ service was never attempted upon the defendant by JJL Process Corp.

5. We ask the court to accept this affidavit so that the subject su̲̲̲̲o̲̲ ̲̲ be closed on the courts docket, and to allow the plaintiff to have an alias or successor summons issued.

_Jamie Lott_
Jamie Lott

**Atty File#: KIMBERLY SHAPIRO**
**Job ID#: 2443865**

Subscribed and sworn to me on the
____ day of _February 20__
by the affiant who is personally known to
me or produced identification.

X _____
**NOTARY PUBLIC**

Sarah Lynn Lyman
COMMISSION #FF1554444
EXPIRES: August 27, 2018
WWW.AARONNOTARY.COM

**2443865   2443865   2443865   2443865   2443865   66**

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 02/20/2017 04:04:47 PM

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 50-2017-SC-001576-XXXX-SB
DIVISION: RD: South Branch County Civil Division - RD (Civil)

NATHAN SCHWARTZ

PLAINTIFF(S)

-VS-

PALM BEACH CREDIT ADJUSTORS INC A FLORIDA
CORPORATION D/B/A FOCUS FINANCIAL SERVICES AND
MATTHEW DOE AN INDIVIDUAL

DEFENDANT(S)

NOTICE TO APPEAR
FOR PRE-TRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

PALM BEACH CREDIT ADJUSTORS INC A FLORIDA CORPORATION D/B/A FOCUS
FINANCIAL SERVICES AND MATTHEW DOE AN INDIVIDUAL

KIMBERLY SHAPIRO R/A
2815 S SEACREST BLVD
Boynton Beach, FL 33435

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach
County Courthouse in Courtroom #6 (South Branch), 200 W. Atlantic Avenue Delray Beach FL 33444,
on March 1, 2017 at 10:00 AM for a PRETRIAL CONFERENCE before a Judge of this court.

IMPORTANT - READ CAREFULLY
THE CASE WILL NOT BE TRIED AT THAT TIME
DO NOT BRING   WITNESSES - APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) must appear in person on the date specified in order to avoid a default judgment. The
plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or
ANSWER to the court by plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a
party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference
CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation
or any employee authorized in writing by an officer of the corporation. Written authorization must be brought
to the pretrial conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of
the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot
be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to
explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any
documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts
that will require no proof and will expedite the trial, and estimate how long it will take to try the case.



FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK. 02/07/2017 04:23:55 PM

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE.** The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, must appear on your court date and orally request a transfer, or you must file a WRITTEN request sfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date a en opy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this on s and a copy of the complaint in this lawsuit on the above named person.

**"If you are a <u>person with a disability</u> who needs ng ccommodation in order to participate in this proceeding, you are entitle t cost to you, to the provision of certain assistance. Please contact Tamr A n, Americans with Disabilities Act Coordinator, Palm Beach County o. house, 205 North Dixie Highway West Palm Beach, Florida 33401; te ep e number (561) 355-4380 at least 7 days before your scheduled court au ce, or immediately upon receiving this notification if the time before th scheduled appearance is less than 7 days; if you are hearing or voice impaired 1."**

DATED: 7th of February, 2017

Sharon R. Bock
Clerk & Comptroller
By:

*Nina Bys*

Bysiewicz, Nina M as Deputy Clerk

Cc:
NATHAN SCHWARTZ 5255 NORTH FEDERAL HIGHWAY
THIRD FLOOR
BOCA RATON, FL  33487

SCHWARTZ, NATHAN A  5255 NORTH FEDERAL HIGHWAY 3RD FLOOR BOCA RATON FL 33487

FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK. 02/07/2017 04:23:55 PM

**IN THE COUNTY COURT, IN AND FOR PALM BEACH COUNTY, FLORIDA, CIVIL DIVISION**

CASE NO: _502017  SC001576 XXXXSB_

ture of Proceeding:  ☑Pre-Trial   ☐Trial
☐Motion   ☐Other _____

Service Information:
☐ Served   ☑ Unexecuted
☐ No Proof

### PLAINTIFF(S)

Present _____

Attorney _____

No Appearance _____

### DEFENDANT(S)

_____
_____
_____
_____

### DISPOSITION

☐Default Final Judgment for Plaintiff_____

☐Final Judgment for Plaintiff/Defendant on merits_____

☐Summary Judgment for Plaintiff(No Triable Issue)_____

☐Agreed Judgment for Plaintiff/Defendant_____

Amount of Judgment:

| | | |
|---|---|---|
| Principal | $ | _____ |
| Interest | $ | _____ |
| From | | _____ |
| Attorney Fees | $ | _____ |
| Court Costs | $ | _____ |

Sworn Testimony taken from:_____

_____
_____
_____
_____
_____
_____

Set Case For Trial _____

Issues:   ☐Liability and Damages
          ☐Liability Only
          ☐Damages Only

Witnesses:

_____   Plaintiff

_____   Defendant

☐Defendant/Plaintiff advised of probable need for expert testimony from_____

☐Default Only     Plaintiff(s) will submit proof within a reasonable time or hearing set_____

☑Dismiss for lack of prosecution _____   ☐Dismiss Case Settled

☐Continue pending proper service   ☐Continue Pending Settlement

☐Defendant granted _____ days to file counterclaim and/or Third Party Complaint and/or Crossclaim

☐Continue at request of Plaintiff(s)  ☐Defendant(s)

Motion of _____ for _____ granted/denied

Judgment or Order will be prepared by the   ☐Court   ☐Clerk   ☐Counsel   ☐Parties

**DISCOVERY:**

1.   Parties shall exchange the following within_____days of the date of this Order:
     ☐Witnesses' names and addresses
     ☐Copies of documents, exhibits and things to be used at trial

2.   ☐Non-party witnesses may testify at trial by phone and/or affidavit

3.   ☐For purpose of discovery and/or setting case for trial, Rules of Civil Procedures shall apply.

DATE: _3-1-17_

_Reginald R. Corlew_
COUNTY COURT JUDGE

**JUDGE REGINALD R. CORLEW**

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK. 3/2/2017 4:28:00 PM

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 50-2017-SC-001576-XXXX-SB
DIVISION: RD: South Branch County Civil Division - RD (Civil)

NATHAN SCHWARTZ

PLAINTIFF(S)

-VS-

PALM BEACH CREDIT ADJUSTORS INC A FLORIDA
CORPORATION D/B/A FOCUS FINANCIAL SERVICES AND
MATTHEW DOE AN INDIVIDUAL

DEFENDANT(S)

**ALIAS**
**NOTICE TO APPEAR**
**FOR PRE-TRIAL CONFERENCE/MEDIATION**

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND ~~DEFEND~~ANT(S)

**PALM BEACH CREDIT ADJUSTORS INC DBA FOCUS FINANCIAL SERVICES**

**KIMBERLY SHAPIRO AS REGISTERED AGENT**
**2815 S SEACREST BOULEVARD**
**Boynton Beach, FL  33435**

YOU ARE HEREBY NOTIFIED that you are required appear in person or by attorney at the Palm Beach County Courthouse in Courtroom #6 (South Branch), 200 W. Atlantic Avenue Delray Beach FL 33444, on April 12, 2017 at 10:00 AM for a PRETRIAL CONFERENCE before a Judge of this court.

**IMPORTANT - READ CAREFULLY**
**THE CASE WILL NOT BE TRIED AT THAT TIME**
**DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK. 03/06/2017 09:31:41 AM

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

**"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

DATED: 6th of March, 2017

Sharon R. Bock
Clerk & Comptroller

By: _Glenda Molina_

Molina, Glenda as Deputy Clerk

Cc:
NATHAN SCHWARTZ 5255 NORTH FEDERAL HIGHWAY
THIRD FLOOR
BOCA RATON, FL 33487

SCHWARTZ, NATHAN A 5255 NORTH FEDERAL HIGHWAY 3RD FLOOR BOCA RATON FL 33487

EN EL TRIBUNAL DEL CONDADO, EN Y DEL CONDADO DE PALM BEACH, FLORIDA

CAUSA NO: 50-2017-SC-001576-XXXX-SB
DIVISION: -RD: South Branch County Civil Division - RD (Civil)

NATHAN SCHWARTZ

DEMANDANTE(S),

vs.

PALM BEACH CREDIT ADJUSTORS INC A FLORIDA
CORPORATION D/B/A FOCUS FINANCIAL SERVICES AND
MATTHEW DOE AN INDIVIDUAL

DEMANDADO(S)

### NOTICIA PARA COMPARECER
### A CONFERENCIA PREVIA AL JUICIO/MEDIAC͡ JO

ESTADO DE LA FLORIDA - NOTIFICACIÓN A LOS DEMANDANTES Y ͡ ͡ DEMANDADOS

**PALM BEACH CREDIT ADJUSTORS INC DBA FOCUS FINANCIA͡ S͡ ͡ ͡ CES**

**KIMBERLY SHAPIRO AS REGISTERED AGENT**
**2815 S SEACREST BOULEVARD**
**Boynton Beach, FL  33435**

DIRECCION A͡ ͡ ͡ ͡ ͡ AL:

SE LE AVISA POR ESTE MEDIO que usted deberá ͡ ͡ ͡ ͡ ͡ er personalmente o representado por un abogado en la Sala #6 (South Branch) SB, 200 W. Atlantic ͡ ͡ ͡ ͡ ͡ elray Beach FL 33444 del Tribunal del Condado de Palm Beach, el día April 12, 2017, a las 10:00 ͡ ͡ p ͡ una CONFERENCIA PREVIA AL JUICIO.

### IMPORTA͡ ͡ ͡ ͡ EA CUIDADOSAMENTE

**ESTE CASO NO SERA JUZGADO ͡ ͡ TE LA CONFERENCIA PREVIA AL JUICIO, PERO PUEDE TRATAR DE RESOLVF͡ ͡ ͡ ͡ MEDIO DE MEDIACION ESE DIA.**
**NO TRAIGA TESTIGOS. US͡ ͡ ͡ NE QUE COMPARECER PERSONALMENTE O SER REPRESENTADO POR UN ͡ ͡ ͡ GADO.**
**LA PERSONA QUE CO͡ ͡ ͡ ͡ CA EN REPRESENTACION DE UNA DE LAS PARTES, DEBE TENER AUTORIDA͡ ͡ ͡ PARA NEGOCIAR TODAS LAS CANTIDADES, DESDE UN VALOR DE CERO, HAST͡ ͡ ͡ ͡ NTO TOTAL DE LA DEMANDA, SIN TENER QUE HACER CONSULTA ALGUNA. EL ͡ ͡ ͡ ͡ IMIENTO A LO ESTABLECIDO PUEDE RESULTAR EN LA IMPOSICION DE SANCI͡ ͡ ͡ ͡ LUYENDO COSTOS, HONORARIOS DE ABOGADOS, IMPOSICION DE UNA DECISION ͡ ͡ ͡ AL O RECHAZO DE LA DEMANDA.**

El demandado ͡ ͡ ͡ ebera(n) comparecer ante el Tribunal en la fecha indicada en la orden para evitar una decisión judicial por no comparecer. El(los) demandante(s) deben comparecer para evitar que su caso sea rechazado por insuficiencia de enjuiciamiento. Una MOCION por escrito o una CONTESTACION presentada al Tribunal por parte del demandado(s) o demandante(s), no es excusa para que una de las partes o su abogado no comparezca en persona a la CONFERENCIA PREVIA AL JUICIO/MEDIACION. La fecha y la hora de la CONFERENCIA PREVIA AL JUICIO/MEDIACION, NO PUEDE SER reprogramada sin buena causa y deberá tener aprobación previa del Tribunal.

Una corporación puede ser representada durante cualquiera etapa del proceso judicial del tribunal, por un representante de la corporación o por cualquier empleado con autorización escrita del representante de la corporación. La autorización escrita deberá ser llevada a la Conferencia Previa al Juicio/mediación.

FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK. 03/06/2017 09:31:41 AM

El objetivo de la Conferencia previa al Juicio/mediación es el de registrar su comparecencia, para determinar si usted admite toda o parte de la demanda, para así capacitar al Tribunal para que determine la naturaleza de la demanda y para que establezca si su caso será llevado a juicio en caso de que no sea resuelto en la Conferencia Previa al Juicio.  Usted o su abogado deberán estar preparados para consultar con el Tribunal y explicar brevemente la naturaleza de su desacuerdo, indicar qué pasos se han tomado para llegar a un acuerdo, presentar los documentos necesarios para probar la demanda, indicar los nombres y direcciones de sus testigos, estipular a los hechos que no requieran prueba y que agilicen el juicio, y estimar cuánto tiempo tomará resolver el caso.

Si usted admite el reclamo, pero desea tiempo adicional para pagar, usted tiene que venir y explicar las circunstancias.  El Tribunal podrá o no aprobar un plan de pago y podrá abstenerse de emitir una orden judicial de ejecución o embargo.

DERECHO PARA DETERMINAR EN DONDE DEBERA PRESENTARSE SU CASO.  La ley que cede el derecho a la persona o a la compañía que ha sido demandada(o), de presentarse en alguno de los lugares indicados a continuación. Sin embargo, si usted ha sido demandado en algún lugar diferente los indicados, usted como demandado tiene el derecho de solicitar que su caso sea trasladado al lugar apropiado.  El lugar apropiado puede ser uno de los siguientes: (1) el lugar en donde el contrato fue ejecutado si la demanda se origina por nota de pago no asegurada, es en el lugar en donde la nota se originó donde vive el otorgante, (3) si la demanda es para recuperar una propiedad o por un remate, el lugar será en donde ubicada la propiedad, (4) en el lugar en donde ocurrió el evento que dio origen al desacuerdo, (5) en el lugar donde vive uno a varios de los demandados, (6) en cualquier lugar acordado por contrato, (7) en el lugar en donde debe realizarse el pago, cuando se trata de un desacuerdo por dineros adeudados.

Si usted como demandado(s) cree que el demandante(s) no lo ha presentado en el lugar apropiado, usted deberá comparecer ante el Tribunal en la fecha indicada y verbalmente solicitar que se le transfiera el caso o tendrá que registrar una solicitud escrita para la transferencia del caso en forma de affidávit (hecho bajo juramento), dentro de los (7) días anteriores a su primera comparecencia y enviar copia de este documento al demandante(s) o al abogado del demandante(s), si lo hay.

Una copia de la demanda deberá ser entregada conjuntamente con esta citación.

**"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda.   Tenga la amabilidad de ponerse en contacto con Tammy 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

FECHADO EN EL CONDADO DE PALM BEACH, FLORIDA, 6th of March, 2017

> Sharon R. Bock
> Secretaria & Auditora

NAN TRIBINAL KI REGLE TI ZAFE NAN E POU KOMIN PALM BEACH, FLORID

NIMERO KA: 50-2017-SC-001576-XXXX-SB-
DIVISYON: RD: South Branch County Civil Division - RD (Civil)

NATHAN SCHWARTZ

        DEMANDAN,

        v.

PALM BEACH CREDIT ADJUSTORS INC A FLORIDA CORPORATION D/B/A FOCUS FINA~
SERVICES AND MATTHEW DOE AN INDIVIDUAL

        DAFANDAN.

### AVETISMAN POU PRESANTE W
### POU YON KONFERANS /MEDIASYON AVAN JI~ ~

ETA FLORID LA - AVETISMAN POU DEMANDAN (YO) AVEK ~ ~~ ~AN (YO).

**PALM BEACH CREDIT ADJUSTORS INC DBA FOCUS FINAN~ A~ ~RVICES**

**KIMBERLY SHAPIRO AS REGISTERED AGENT**
**2815 S SEACREST BOULEVARD**
**Boynton Beach, FL   33435**

YO AVETI- W KE OU DWE PARET AN PESON~ ~~A PA YON AVOKA NAN TRIBINAL KOMINN
PALM BEACH LA NAN SAL #6 (South Bran~~) ~~~~ W. Atlantic Avenue Delray Beach FL 33444, A
April 12, 2017, NAN 10:00 AM, POU YON K~ ~RA~ANS.

        ~AN - LI AVEK ATENSYON.

KA SAA PAP JIJE PAND~ ~ONFERANS AVAN JIJMAN AN, MEN NOU KA
ESEYE REZOUD KA ~ N~~ ~EDIASYON JOU SA A.

PA MENEN TEM~ ~ ~U DWE PRESANTE TET OU OSWA YON AVOKA KAPAB
PARET POU ~~

MOUN ~ ~~ ~. POU REPRESANTE PATI A DWE GEN TOUT OTORITE POU L
NEGO~~ ~~NTAN AN KOMANSE A ZERO POU RIVE A MONTAN TOTAL
DEM~ND L~ SAN LI PA OBLIJE KONSILTE AK LOT MOUN. SI OU DESOBYI AK
REG S~ ~ SA KA PEMET YO PRAN SANKSYON KONT OU. SA KA INKLI FRE ,
FRE AVOKA, SANKSYON FINANSYEL JIRIDIK. OSWA ANILE DEMAND LA.

Defandan(yo) dwe presante nan tribinal la nan dat yo bali ki nan lod la poul ka evite yon sanksyon jiridik
finansyel deske li pat paret. Demandan (yo) dwe paret nan tribinal pou yo pa kite ka a tonbe. Paske pa t
gen ase reclamasyon. Menm si demandan an oswa defandan an ta fe tribinal la yon demand a lekrit sa
pap eskise presans nou ni presans avoka a nan konferans/mediasyon avan jijman . Ni dat ni le konferans
avan jijman an pa ka ranvvoiye san yon bon rezon ak san tribinal la pat aprouve li davans.

Yon Koporasyon ka pab represante pa yon ofisyel ki nan koporasyon nan tout etap pwose a nan tribinal

la ,oswa yon ofisyєl koporasyon an ka pab otorize youn nan anplwayє l yo a lєkrit pou rєprєsante l. yo dwe pote otorizasyon a lєkrit sa a nan konferans/mediasyon anvan jijman. Rezon pou konferans avan jijman an se pou yo sa montre kє w te parєt , pou fє konnen si kє ou

Admèt tout oswa yon pati nan reklamasyon an, pou sa pemet tribinal la deside ki jan de ka ke li ye, e pou yo ka plase ka a pou jijman si ka a pa ka rezoud nan konferans avan jijman an. Oumenm oswa avoka w la dwe prepare n pou yon konferans ak tribinal la e poun eksplike tou kout ki jan de dispit ke ou gen yen an , eksplike ki efɔ ki te fєt pou rezoud ka a , montre kinpot dokiman nesesɔ pou pwouve ka a , bay non ak address temwen w yo , dakɔ ak sɔtin fɔ ki ki pap beswen prev e kap fє jijman an ale pli vit, e etime konbyen tan sa ap pran pou jije ka a.


Si ou aksepte reklamasyon an, e ou beswen plis tan pou peye , se pou vinn di yo rezon an. Trib... la ka pemet oswo pa aksepte ke ou fє yon plan pou peye , li ka mete yon sanksyon Finansyєl jir... ...ɔw... yon anbago.


**Dwa pou detemine ki kote pou presante ka w la.** Lwa a bay moun nan oswa k... ...y ... asiyen w la dwa pou li presante li nan ninpot nan kote ki make sou papye a . Men si yo ... asi... w lot kote apa de kote ki make sou papye a, oumenm kom defanndan gen dwa Mande ... ...ye ka a nan kote ki korek la. Kote apwopriye a ka nan youn nan kote suivan sa yo: (1... ...a k... ...ra a te fèt la, (2) si asiniasyon an se te yon biye ak yon pwomes san bon garanti , kote ... ...ignyen oswa kote moun ki te fe biye a rete. (3) si demand la se pou rekipere pwopriyete ... ...s... ...u a poze sele sou pwopriyete a ;(4) kote evenman an te rive ki koz asiniasyon an ; (5) kote ... ...u... plis nan moun yo asiyin a rete ; (6) Kelke swa kote ki te dako nan kontra a ; (7) nan yon ... ...vu... ... ...e gen lajan ki dwe, si pa gen yon akɔ nan ki kote pou demand la fèt , kote pou peym... ...an.


Si oumenm defandan an (yo) pa kwe ke demand... ...te... ...yen nan youn nan kote sa yo se pou parèt nan tribinal la dat yo ba w la pou mande ... ...yo ... ...nsfere ka a , oswa ou ka ekri yon demand nan yon fɔm atestasyon (deklarasyon ekri so... ...se... ...) ak tribinal la 7 jou avan premie randevou tribinal la e voye yon kopi bay demandan (yo... ...oswa avoka demandan (yo) si gen yen.


**Yon kopi asiniasyon an fet pou ofisyє... ...a... ...npanye konvokasyon an.**


**"Si ou se yon <u>moun ki ...</u> ...ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou ...li... ...san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jv... ...єd. Tanpri kontakte Tammy Anton, kòòdonatє pwogram Lwa ... ...meriken ki Enfim yo nan Tribinal Konte Palm Beach la ki a... ...5 North Dixie Highway, West Palm Beach, Florida 33401; tel... ...u se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou p... ...n ... tribinal la, oubyen imedyatman apre ou fin resevwa kon... ...vu...n an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou ...woblèm pou w tande oubyen pale, rele 711."**

NOT A CERTIFIED COPY

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 50-2017-SC-001576-XXXX-SB
DIVISION: RD: South Branch County Civil Division - RD (Civil)

NATHAN SCHWARTZ

PLAINTIFF(S)
-VS-
PALM BEACH CREDIT ADJUSTORS INC A FLORIDA
CORPORATION D/B/A FOCUS FINANCIAL SERVICES AND
MATTHEW DOE AN INDIVIDUAL

DEFENDANT(S)

**NOTICE TO APPEAR**
**FOR PRE-TRIAL CONFERENCE/MEDIATION**

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**MATTHEW DOE**

**2815 S SEACREST BOULEVARD**
**Boynton Beach, FL   33435**

YOU ARE HEREBY NOTIFIED that you are required appear in person or by attorney at the Palm Beach
County Courthouse in Courtroom #6 (South Branch) W. Atlantic Avenue Delray Beach FL 33444,
on April 12, 2017 at 10:00 AM for a PRETRIAL CONFERENCE before a Judge of this court.

**IMPORTANT READ CAREFULLY**
**THE CASE WILL NOT BE TRIED AT THAT TIME**
**DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court the date specified in order to avoid a default judgment. The
plaintiff(s) must appear to avoid the case dismissed for lack of prosecution. A written MOTION or
ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a
party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference
CANNOT be rescheduled but good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation
or any employee authorized in writing by an officer of the corporation. Written authorization must be brought
to the Pretrial Conference.

The purpose the pretrial conference is to record your appearance, to determine if you admit all or part of
the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot
be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to
explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any
documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts
that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK. 03/06/2017 09:34:03 AM

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Nelson, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

DATED: 6th of March, 2017

Sharon R. Bock
Clerk & Comptroller

By: _Glenda Molina_

Molina, Glenda as Deputy Clerk

Cc:
NATHAN SCHWARTZ 5255 NORTH FEDERAL HIGHWAY
     THIRD FLOOR
     BOCA RATON, FL  33487

SCHWARTZ, NATHAN A  5255 NORTH FEDERAL HIGHWAY 3RD FLOOR BOCA RATON FL 33487

EN EL TRIBUNAL DEL CONDADO, EN Y DEL CONDADO DE PALM BEACH, FLORIDA

CAUSA NO: 50-2017-SC-001576-XXXX-SB
DIVISION: -RD: South Branch County Civil Division - RD (Civil)

NATHAN SCHWARTZ

DEMANDANTE(S),

vs.
PALM BEACH CREDIT ADJUSTORS INC A FLORIDA
CORPORATION D/B/A FOCUS FINANCIAL SERVICES AND
MATTHEW DOE AN INDIVIDUAL

DEMANDADO(S)

**NOTICIA PARA COMPARECER
A CONFERENCIA PREVIA AL JUICIO/MEDIAC**

ESTADO DE LA FLORIDA  - NOTIFICACIÓN A LOS DEMANDANTES Y ⟋  DEMANDADOS

**MATTHEW DOE**

**2815 S SEACREST BOULEVARD
Boynton Beach, FL  33435**

DIRECCION ADIC  N.

SE LE AVISA POR ESTE MEDIO que usted deberá com      er personalmente o representado por un abogado
en la Sala #6 (South Branch) SB, 200 W. Atlantic Av      D     y Beach FL 33444 del Tribunal del Condado de
Palm Beach, el día April 12, 2017, a las 10:00 AM     ar        CONFERENCIA PREVIA AL JUICIO.

**IMPORTAN         CUIDADOSAMENTE**

**ESTE CASO NO SERA JUZGADO DU    N     LA CONFERENCIA PREVIA AL JUICIO, PERO
PUEDE TRATAR DE RESOLVERSE         MEDIO DE MEDIACION ESE DIA.**
**NO TRAIGA TESTIGOS. USTF      TE      QUE COMPARECER PERSONALMENTE O SER
REPRESENTADO POR UN A          O.**
**LA PERSONA QUE COM           A EN REPRESENTACION DE UNA DE LAS PARTES, DEBE
TENER AUTORIDAD           ARA NEGOCIAR TODAS LAS CANTIDADES, DESDE UN VALOR
DE CERO, HASTA F   M      O TOTAL DE LA DEMANDA, SIN TENER QUE HACER CONSULTA
ALGUNA.  EL INC          MIENTO A LO ESTABLECIDO PUEDE RESULTAR EN LA IMPOSICION
DE SANCIONE            YENDO COSTOS, HONORARIOS DE ABOGADOS, IMPOSICION DE UNA
DECISION J         O RECHAZO DE LA DEMANDA.**

El demanda     der á(n) comparecer ante el Tribunal en la fecha indicada en la orden para evitar una decisión
judicial por no     mparecer.  El(los) demandante(s) deben comparecer para evitar que su caso sea rechazado por
insuficiencia de enjuiciamiento.  Una MOCION por escrito o una CONTESTACION presentada al Tribunal por
parte del demandado(s) o demandante(s), no es excusa para que una de las partes o su abogado no comparezca en
persona a la CONFERENCIA PREVIA AL JUICIO/MEDIACION.  La fecha y la hora de la CONFERENCIA
PREVIA AL JUICIO/MEDIACION, NO PUEDE SER reprogramada sin buena causa y deberá tener aprobación
previa del Tribunal.

Una corporación puede ser representada durante cualquiera etapa del proceso judicial del tribunal, por un
representante de la corporación o por cualquier empleado con autorización escrita del representante de la
corporación.  La autorización escrita deberá ser llevada a la Conferencia Previa al Juicio/mediación.

FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK. 03/06/2017 09:34:03 AM

El objetivo de la Conferencia previa al Juicio/mediación es el de registrar su comparecencia, para determinar si usted admite toda o parte de la demanda, para así capacitar al Tribunal para que determine la naturaleza de la demanda y para que establezca si su caso será llevado a juicio en caso de que no sea resuelto en la Conferencia Previa al Juicio. Usted o su abogado deberán estar preparados para consultar con el Tribunal y explicar brevemente la naturaleza de su desacuerdo, indicar qué pasos se han tomado para llegar a un acuerdo, presentar los documentos necesarios para probar la demanda, indicar los nombres y direcciones de sus testigos, estipular a los hechos que no requieran prueba y que agilicen el juicio, y estimar cuánto tiempo tomará resolver el caso.

Si usted admite el reclamo, pero desea tiempo adicional para pagar, usted tiene que venir y explicar las circunstancias. El Tribunal podrá o no aprobar un plan de pago y podrá abstenerse de emitir una orden judicial de ejecución o embargo.

DERECHO PARA DETERMINAR EN DONDE DEBERA PRESENTARSE SU CASO. La ley ___ cede el derecho a la persona o a la compañía que ha sido demandada(o), de presentarse en alguno de ___ lug... es indicados a continuación. Sin embargo, si usted ha sido demandado en algún lugar diferen... los ___ dicados, usted como demandado tiene el derecho de solicitar que su caso sea trasladado al lugar ___ re... El lugar apropiado puede ser uno de los siguientes: (1) el lugar en donde el contrato fue ejec... si la demanda se origina por nota de pago no asegurada, es en el lugar en donde la nota se originó ___ one ___ vive el otorgante, (3) si la demanda es para recuperar una propiedad o por un remate, el lugar será en ___ ubicada la propiedad, (4) en el lugar en donde ocurrió el evento que dio origen al desacuerdo, (5) ___ r donde vive uno a varios de los demandados, (6) en cualquier lugar acordado por contrato, (7) en ___ en donde debe realizarse el pago, cuando se trata de un desacuerdo por dineros adeudados.

Si usted como demandado(s) cree que el demandante(s) no lo ha ___ dado en el lugar apropiado, usted deberá comparecer ante el Tribunal en la fecha indicada y verbalmen... ___ ar que se le transfiera el caso o tendrá que registrar una solicitud escrita para la transferencia del cas... fo... de affidávit (hecho bajo juramento), dentro de los (7) días anteriores a su primera comparecencia y ___ pia de este documento al demandante(s) o al abogado del demandante(s), si lo hay.

Una copia de la demanda deberá ser entregada ___ ...e con esta citación.

**"Si usted es una <u>persona minu</u>___ ___ que necesita algún acomodamiento para poder participar en este pr___ ___ ento, usted tiene derecho, sin tener gastos propios, a que se le prov___ ___ ayuda. Tenga la amabilidad de ponerse en contacto con Tammy ___ ___ 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono núm___ ___ 1) 355-4380, por lo menos 7 días antes de la cita fijada para su compare___ ___ n los tribunales, o inmediatamente después de recibir esta notificación si ___ ___ po antes de la comparecencia que se ha programado es menos de 7 días; s___ ___ iene discapacitación del oído o de la voz, llame al 711."**

FECHADO EN ___ CONDADO DE PALM BEACH, FLORIDA, 6th of March, 2017

Sharon R. Bock
Secretaria & Auditora

NAN TRIBINAL KI REGLE TI ZAFE NAN E  POU KOMIN PALM BEACH, FLORID

NIMERO KA: 50-2017-SC-001576-XXXX-SB-
DIVISYON: RD: South Branch County Civil Division - RD (Civil)

NATHAN SCHWARTZ

        DEMANDAN,

        v.

PALM BEACH CREDIT ADJUSTORS INC A FLORIDA CORPORATION D/B/A FOCUS FINAN
SERVICES AND MATTHEW DOE AN INDIVIDUAL

        DAFANDAN.

**AVETISMAN  POU PRESANTE W**
**POU YON KONFERANS /MEDIASYON AVAN JI‍      A**

    ETA FLORID LA - AVETISMAN POU DEMANDAN (YO) AVEK  ‍A    JAN (YO).

**MATTHEW DOE**

**2815 S SEACREST BOULEVARD**
**Boynton Beach, FL   33435**

YO AVETI- W  KE OU DWE PARET AN PESONN   ‍W    A YON AVOKA NAN TRIBINAL KOMINN
PALM BEACH LA NAN SAL #6 (South Branch)  Sb    W. Atlantic Avenue Delray Beach FL 33444, A
April 12, 2017, NAN 10:00 AM, POU YON KON‍  ‍ARS.

IN‍O‍ ‍ -LI AVEK ATENSYON.

**KA SAA PAP JIJE PANDA‍  K    ‍ERANS AVAN JIJMAN AN, MEN NOU KA**
**ESEYE REZOUD KA A_‍   ‍EDIASYON JOU SA A.**

**PA MENEN TEMW‍     ‍OWE PRESANTE TET OU OSWA YON AVOKA KAPAB**
**PARET POU OU‍**

**MOUN KI P‍ RE‍   OU REPRESANTE PATI A DWE GEN TOUT OTORITE POU L**
**NEGOSY‍  ‍  ‍.AN AN KOMANSE A ZERO POU RIVE A MONTAN TOTAL**
**DEM‍  ‍  ‍AN LI PA OBLIJE KONSILTE AK LOT MOUN. SI OU DESOBYI AK**
**REG‍  ‍  ‍A KA PEMET YO PRAN SANKSYON KONT OU. SA KA INKLI FRE ,**
**FRE A‍ ‍KA, SANKSYON FINANSYEL JIRIDIK. OSWA ANILE DEMAND LA.**

Defandan(yo) dwe presante nan tribinal la nan dat yo bali ki nan lod la poul ka evite yon sanksyon jiridik
finansyel deske li pat paret. Demandan (yo) dwe paret nan tribinal pou yo pa kite ka a tonbe. Paske pa t
gen ase reclamasyon.  Menm si demandan an  oswa defandan an ta fe tribinal la yon demand a lekrit sa
pap eskise presans nou ni presans avoka a nan  konferans/mediasyon anvan jijman . Ni dat ni le konferans
avan jijman an pa ka ranvvoiye san yon bon rezon ak san tribinal la pat aprouve li davans.

Yon Koporasyon  ka pab  represante pa yon ofisyel ki nan koporasyon nan tout etap pwose a nan tribinal
la ,oswa yon ofisyel koporasyon an ka pab otorize youn nan anplwaye l yo a lekrit pou represante l. yo

dwe pote otorizasyon a lekrit sa a nan konferans/mediasyon anvan jijman. Rezon pou konferans avan jijman an se pou yo sa montre ke w te paret , pou fe konnen si ke ou

Admet tout oswa yon pati nan reklamasyon an, pou sa pemet tribinal la deside ki jan de ka ke li ye, e pou yo ka plase ka a pou jijman si ka a pa ka rezoud nan konferans avan jijman an. Oumenm oswa avoka w la dwe prepare n pou yon konferans ak tribinal la e poun eksplike tou kout ki jan de dispit ke ou gen yen an , eksplike ki ef☐ ki te fet pou rezoud ka a , montre kinpot dokiman neses☐ pou pwouve ka a , bay non ak address temwen w yo , dak☐ ak s☐tin f☐ ki ki pap beswen prev e kap fe jijman an ale pli vit, e etime konbyen tan sa ap pran pou jije ka a.

Si ou aksepte reklamasyon an, e ou beswen plis tan pou peye , se pou vinn di yo rezon an. Tribinal la ka pemet oswo pa aksepte ke ou fe yon plan pou peye , li ka mete yon sanksyon Finansyel jiridik☐      ` yon anbago.

Dwa pou detemine ki kote pou presante ka w la. Lwa a bay moun nan oswa konn☐☐  k☐ ☐iyen w la dwa pou li presante li nan ninpot nan kote ki make sou papye a . Men si yo te  ☐   ☐ot kote apa de kote ki make sou papye a, oumenm kom defanndan gen dwa Mande po ☐ ☐v ☐ ka a nan kote ki korek la. Kote apwopriye a ka nan youn nan kote suivan sa yo: (1) ko ☐ ☐    a te fet la, (2) si asiniasyon an se te yon biye ak yon pwomes san bon garanti , kote bi ☐ te ☐ ☐yen oswa kote moun ki te fe biye a rete. (3) si demand la se pou rekipere pwopriyete a oswa ☐ ☐oze sele sou pwopriyete a ;(4) kote evenman an te rive ki koz asiniasyon an ; (5) kote yo ☐ ☐ ☐i nan moun yo asiyin a rete ; (6) Kelke swa kote ki te dako nan kontra a ; (7) nan yon aks☐ ☐te gen lajan ki dwe, si pa gen yon ak☐ nan ki kote pou demand la fet , kote pou peyman☐ ☐fe

Si oumenm defandan an (yo) pa kwe ke demandan an ☐ ☐en nan youn nan kote sa yo se pou paret nan tribinal la dat yo ba w la pou mande po ☐ ☐tra ☐ere ka a , oswa ou ka ekri yon demand nan yon f☐m atestasyon (deklarasyon ekri sou s ☐ ☐n) ☐ tribinal la 7 jou avan premie randevou tribinal la e voye yon kopi bay demandan (yo ☐ ☐n ☐ avoka demandan (yo) si gen yen.

Yon kopi asiniasyon an fet pou ofisyel ☐an ☐ko ☐anye konvokasyon an.

"Si ou se yon <u>moun ki en ☐m ☐ ☐</u> bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou k ☐l ☐ ☐an ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwe ☐ ak ☐d. Tanpri kontakte Tammy Anton, kòòdonatè pwogram Lwa p ☐u ☐ ☐riken ki Enfim yo  nan Tribinal Konte  Palm Beach la ki n ☐ North Dixie Highway, West Palm Beach, Florida 33401; telef ☐n ☐ (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou par ☐ ☐tribinal la, oubyen imedyatman apre ou fin reseswa konvo ☐a ☐ ☐an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou g ☐ ☐blèm pou w tande oubyen pale, rele 711."

Filing # 54572841 E-Filed 04/03/2017 04:37:57 PM

## VERIFIED RETURN OF SERVICE

Attorney  NATHAN A. SCHWARTZ, P.A., 5255 North Federal Highway, Third Floor, (561) 347-8376

Court  SMALL CLAIMS COURT, COUNTY OF PALM BEACH

Case No.: 502017SC001576XXXXSB

Court Date/Time: 04/12/2017 / 10:00 AM
Court Room: 6

| | |
|---|---|
| Plaintiff/Petitioner: | NATHAN SCHWARTZ |
| vs. | |
| Defendant/Respondent: | PALM BEACH CREDIT ADJUSTORS INC A FLORIDA CORPORATION DBA FOCUS FINANCIAL SERVICES AND MATTHEW DOES AN INDIVIDUAL. |

Received by GERALD G. BENJAMIN on the 17th day of March 2017 at 08:35 AM to be served on:

**KIMBERLY SHAPIRO AS REGISTERED AGENT**
2815 S SEACREST BLVD
BOYNTON BEACH, FL 33435 (Palm Beach)

I, GERALD G. BENJAMIN, affirm and say that on the 20th day of March, 2017 at 09:30 AM, executed se        . Beach County by delivering a true copy of the **ALIAS SUMMONS AND COMPLAINT** at the address above, in accordance with st          the manner indicated below.

**CORPORATE SERVICE:** F.S. 48.081(3)(a) :  delivered to Kimberly Shapiro (REGISTERED AG

Service was made on the agent designated by the corporation under F.S. 48.091.

The person served was of the age of 15 or older and was advised of the contents.

I, GERALD G. BENJAMIN, affirm that I advised the person served of the name of        iff and that Plaintiff has filed a lawsuit against them in Palm Beach County, FL. I advised of the court date and that failure to appear i   ur       result in a default judgment. I also advised that if Defendant has a disability and needs an accommodation to participate in th   pr    ding, they will have to contact Tami Anton at (561) 355-4380 within two (2) working days from today. If they are hearing or voice impai    w     need to call (800) 955-8771. I affirm that I have informed the party served of the contents of the material delivered, including all criti  t in       on.

I certify that I am of legal age, I have no interest in the above act   ar        I am a certified or sheriff appointed process server in good standing in the judicial circuit in which the process was served. Under pe    ty   erjury, I declare that I have read the foregoing return of service and that the facts stated in it are true. F.S.92.525(2)

Attempts and Service Comments:
• 2815 S SEACREST BLVD , BOYNTON BEACH, F          n 03/18/2017 at 09:36am. Office closed.;
3/20/2017 8:30 AM:

Description of the person served: Female  W             n
hair, Approx. Age: 52 years, Approx. H          4 in.,
Approx. Weight: 120 lbs.

X
GERALD G. BENJAMIN
Process Server #: 1209, 4736021
8906 WINDTREE ST #3
BOCA RATON, FL, 33496
(561) 289-9718

Atty File#: DOE
Job ID#: 2462210



2462210  2462210  2462210  2462210  2462210  3

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 50-2017-SC-001576-XXXX-SB
DIVISION: RD: South Branch County Civil Division - RD (Civil)

NATHAN SCHWARTZ

PLAINTIFF(S)
-VS-
PALM BEACH CREDIT ADJUSTORS INC A FLORIDA
CORPORATION D/B/A FOCUS FINANCIAL SERVICES AND
MATTHEW DOE AN INDIVIDUAL

DEFENDANT(S)

ALIAS
NOTICE TO APPEAR
FOR PRE-TRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

PALM BEACH CREDIT ADJUSTORS INC DBA FOCUS FINANCIAL SERVICES

KIMBERLY SHAPIRO AS REGISTERED AGENT
2815 S SEACREST BOULEVARD
Boynton Beach, FL  33435

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach
County Courthouse in Courtroom #6 (South Branch) South Atlantic Avenue Delray Beach FL 33444,
on April 12, 2017 at 10:00 AM for a PRETRIAL CONFERENCE before a Judge of this court.

IMPORTANT - READ CAREFULLY
THE CASE WILL NOT BE TRIED AT THAT TIME
DO NOT BRING WITNESS, BUT APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The
plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or
ANSWER to the court by the plaintiff or the defendant(s) shall not excuse the personal appearance of a
party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference
CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation
or any employee authorized in writing by an officer of the corporation. Written authorization must be brought
to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of
the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot
be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to
explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any
documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts
that will require no proof and will expedite the trial, and estimate how long it will take to try the case.



S-2462210 - JJL PROCESS C(
KIMBERLY SHAPIRO AS

FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK. 03/06/2017 09:31:41 AM

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for one (affidavit form (sworn to under oath) with the court 7 days prior to your first court date and serve a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

"If you are a **person with a disability** who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Court, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

DATED: 6th of March, 2017

Sharon R. Bock
Clerk & Comptroller

By: _____
Molina, Glenda as Deputy Clerk

Cc:
NATHAN SCHWARTZ 5255 NORTH FEDERAL HIGHWAY
THIRD FLOOR
BOCA RATON, FL 33487

SCHWARTZ, NATHAN A 5255 NORTH FEDERAL HIGHWAY 3RD FLOOR BOCA RATON FL 33487

FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK. 03/06/2017 09:31:41 AM

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

NATHAN SCHWARTZ,

    Plaintiff,

                                    Case No.: 50-2017-SC-001576-XXXX-SB

v.

PALM BEACH CREDIT ADJUSTORS,
INC., a Florida Corporation d/b/a Focus
Financial Services and Matthew Doe, an
individual,

    Defendants.

_____/

### <u>NOTICE OF FILING PETITION FOR REMOVAL TO FEDERAL COURT</u>

COMES NOW, the Defendant, PALM BEACH CREDIT ADJUSTORS, INC. (hereinafter referred to as "Defendant"), by and through its undersigned attorney and files this Notice of Filing Petition for Removal to Federal Court in the above-styled case this 10th day of April, 2017.

28 U.S.C. Section 1446(d) clearly states: "Promptly after filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of the state court, which shall effect the removal and the ***State court shall proceed no further unless and until the case is remanded.***" (Emphasis added).

Therefore, the Defendant asserts that 28 U.S.C. Section 1446(d) divests this court of subject-matter jurisdiction to take any action on this case after the Notice of Removal is received by the Clerk of Court.

Dated this 10th day of April, 2017.

                                           */s/ Ernest H. Kohlmyer, III*
                                           Ernest H. Kohlmyer, III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on April 10, 2017, with the Clerk of the Court by using the electronic filing system which will send an electronic notification to the following: Nathan A. Schwartz, Esq. at servicenas@yahoo.com and attyschwartz@yahoo.com *(Attorney for Plaintiff)*.

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
kohlmyer@urbanthier.com
Urban, Thier & Federer, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL  32801
Phone: (407) 245-8352
Fax: (407) 245-8361
*Attorneys for Defendant,*
*Palm Beach Credit Adjustors, Inc.*